UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* MICHAEL SORENSOEN, et al., | § § § | |
| *Plaintiffs* | § § | |
| vs. | § § § | |
| OUTREACH DIAGNOSTIC CLINIC, LLP<br>MUSTAPHA KIBIRIGE, MD, PA<br>d/b/a OUTREACH EYECARE<br>EMELIKE AGOMA, MD, and<br>MUSTAPHA KIBIRIGE, MD, | § § § § § § § § | CIVIL ACTION NO. H-12-480 |
| *Defendants.* | § | |

## DEFENDANTS' MOTION TO DISMISS THE UNITED STATES' AMENDED COMPLAINT IN INTERVENTION

Pursuant to Federal Rules of Civil Procedure 9(b), and 12(b)(6), Defendants hereby move to dismiss the United States' Amended Complaint in Intervention with prejudice. The bases for dismissal are detailed in the accompanying memorandum of law.

Pursuant to L.R.7.5, Defendants request oral argument on this motion.

WHEREFORE, Defendants respectfully request that the Court dismiss the United States' Amended Complaint in Intervention with prejudice.

Dates: July 13, 2015                              Respectfully submitted,

                                                  /s/ Lara L. Silva
                                                  _____
                                                  LARA L. SILVA, MANAGING PARTNER
                                                  The Silva Law Firm
                                                  State Bar No. 24004777

|  |  |
|---|---|
|  | Lara.silva@thesilvalawfirm.com |
|  | NOELLE C. LETTERI, PARTNER |
|  | State Bar No. 24013033 |
|  | Noelle.letteri@thesilvalawfirm.com |
|  | 702 Rio Grande, Austin, Texas 78701 |
|  | 512-476-5588 office |
|  | 512-276-6712 fax |
| ATTORNEYS OF COUNSEL |  |
|  | MATTHEW L. RIENSTRA |
|  | Tx State Bar No. 16908020 |
|  | I.D. 9728 – Southern District of Texas |
|  | GEORGE C. LOBB |
|  | Tx State Bar No. 24042928 |
|  | I.D. 1439085 Southern District of Texas |
|  | info@lobblaw.com |
|  | 512-425-0877 |

### **CERTIFICATE OF SERVICE**

On the 13th day of July, a copy of Defendants' Motion to Dismiss the United States' Amended Complaint In Intervention was filed electronically using the Court's Electronic Case Filing System. Notice of this filing will be sent electronically to counsel of record uing the Court's electronic notification system. Parties may access this filing through the Court's Electronic Case Filing System.

This the 13th of July, 2015

/s/ Lara L. Silva

LARA L. SILVA
The Silva Law Firm