IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> *ex rel.* MICHAEL SORENSEN, § <br>   § <br> Plaintiff, § <br>   § <br> v. § <br>   § <br> OUTREACH DIAGNOSTIC CLINIC, LLP, § <br> MUSTAPHA KIBIRIGE, MD, PA, § <br> d/b/a OUTREACH EYECARE, § <br> EMELIKE AGOMO, MD, and § <br> MUSTAPHA KIBIRIGE, MD, § <br>   § <br> Defendants. § | CIVIL ACTION NO. H-12-480 |

## JOINT MOTION FOR CONTINUANCE OF
## THE HEARING ON DAMAGES

The United States and Defendants file a joint motion for a continuance of the hearing on damages.

The government's financial analyst reviewed Dr. Kibrige and Dr. Agomo's information and documents. On November 17, 2020, the financial analyst spoke with Dr. Agomo to obtain missing information, seek clarification of earlier responses, and request missing documents. On November 19, 2020, the financial analyst did the same with Dr. Kibirige. The Defendants require some time to provide missing documents and the financial analyst requires some time to review the last batch of financial documents. The Parties seek a sixty (60) day continuance of the hearing on damages scheduled for November 30, 2020, at 10:00 a.m. The additional time will permit the Defendants to provide the missing documents and the financial analyst to review these documents.

The Parties respectfully request that this Honorable Court grant the motion.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

BY: /s/ *Jose Vela Jr.*
Jose Vela Jr.
Assistant United States Attorney
Attorney in Charge
Fed ID# 25492
Texas State Bar No. 24040072
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
713.567.9000
713.718.3303 (fax)
jose.vela@usdoj.gov

Counsel for the United States


The Silva Law Firm

BY: /s/ *Lara Silva*
Lara L. Silva
State Bar # 24004777
2525 Wallingwood, Bldg 14
Austin, Texas 78746
512-799-5272
512-276-6712 (fax)
lara.silva@thesilvalawfirm.com

Counsel for Defendants


Burford Perry LLP

BY: /s/ *Brent C. Perry*
Brent C. Perry
State Bar No.: 15799650
909 Fannin St., Suite 2630
Houston, Texas 77010
Tel: (713) 401-9790

2

Fax: (713) 993-7739
bperry@burfordperry.com

Co-Counsel for Defendant Dr. Agomo

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the *Joint Motion for a Continuance of the Hearing on Damages* has been sent via first class mail or electronic mail (ECF) on November 24, 2020, to:

Lara L. Silva
The Silva Law Firm
2525 Wallingwood, Bldg 14
Austin, Texas 78746
512-276-6712 fax
lara.silva@thesilvalawfirm.com

Attorney for the Defendants

Brent C. Perry
Burford Perry LLP
909 Fannin St., Suite 2630
Houston, TX 77010
bperry@burfordperry.com

Co-Counsel for Defendant Dr. Agomo


Philip H. Hilder
James Rytting
Hilder & Associates, P.C.
819 Lovett Blvd.
Houston, TX 77006
Philip@hilderlaw.com
713.655.9112 (fax)

Attorneys for the Relator

    /s/ *Jose Vela Jr.*
Assistant United States Attorney