United States District Court
Southern District of Texas
**ENTERED**
November 27, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America, *ex rel.*, Michael Sorensen, | § § § § | |
| Plaintiff, | § § | |
| *versus* | § § § | Civil Action H-12-480 |
| Outreach Diagnostic Clinic, LLP, *et al.*, | § § § | |
| Defendants. | § | |

## Order on Extension

The joint motion for continuance is denied. (135)

Signed on November 27, 2020, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge